UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joseph David Norton, #381977, | ) | C/A No.  4:20-2914-MBS-TER |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| South Carolina Department of Corrections, | ) | |
| Kirkland Correctional Institution, | ) | |
| All Staff Named Here In, | ) | |
| Defendants. | ) | |

This is an action filed by a state prisoner. This case is before the Court due to Plaintiff's failure to comply with the magistrate judge's order.  (ECF No. 6).  The order was not returned as undeliverable.

The mail in which the Order was sent to Plaintiff's provided address has not been returned to the court, thus it is presumed that Plaintiff received the Order, but has neglected to comply with the Order within the time permitted under the Order.   The Court has not received a response from Plaintiff and the time for compliance has passed.   A review of the record indicates that the magistrate judge specifically informed Plaintiff that if Plaintiff failed to comply with the Order, this case would be subject to dismissal.

Plaintiff's lack of response to the Order indicates an intent to not prosecute this case, and subjects this case to dismissal.  *See* Fed. R. Civ. P. 41(b)(district courts may dismiss an action if a Plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989)(dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982)(court may dismiss *sua sponte*).

Accordingly, this case is dismissed without prejudice and all motions pending rendered moot.  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

s/Margaret B. Seymour

Charleston, South Carolina                     The Honorable Margaret B. Seymour
September 16, 2020                               Senior United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2