AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Joseph David Norton _____ <br> *Plaintiff* <br> v. <br> South Carolina Department of Corrections, Kirkland <br> Correctional Institution and All Staff Named Herein _____ <br> *Defendant* | ) <br> ) <br> )    Civil Action No.    4:20-cv-2914-MBS <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

ROBIN L. BLUME
*CLERK OF COURT*

Date:   September 16, 2020

s/Debbie Stokes
_____
*Signature of Clerk or Deputy Clerk*